IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

NIKIA EDWARDS, on behalf of herself
and others similarly situated,

    Plaintiff,

v.                                          Civil Action No. 2:20cv192

OPTIMA HEALTH PLAN and
SENTARA HEALTH PLANS, INC.,

    Defendants.

## ORDER

Before the Court is the Parties' Joint Motion for a Stay of Discovery. Upon consideration of the Motion, and for good cause shown, it is hereby:

**ORDERED** that the parties' Motion for a Stay of Discovery (ECF No. 22) is **GRANTED**:

1. Plaintiff shall file her Motion for Conditional Certification and Notice ("Motion") by August 3, 2020 (the "Motion").

2. Defendants shall file their Opposition to such Motion by August 28, 2020.

3. Plaintiff shall file any reply in support of such Motion by September 10, 2020.

4. Discovery is stayed until after the Court rules on the Motion, and if the Motion is granted, until the opt-in period for additional plaintiffs to join closes.

5. The deadlines referenced in the Rule 26 order or in any scheduling order are stayed until after the Court rules on the Motion, and if the Court grants the Motion, until the opt-in period for plaintiffs closes.

6.     After the Court rules on the Motion (and if the Court grants the Motion, after any opt-in period for additional plaintiffs closes), the Parties will promptly meet and confer about an appropriate discovery plan, and will attend a new Rule 16 scheduling conference.

ENTERED this  28th  day of     July                       , 2020.

*Arenda L. Wright Allen*
United States District Judge