IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| NIKIA EDWARDS, *on behalf of herself and others similarly situated*, et al., <br> Plaintiffs, <br><br> v. <br><br> OPTIMA HEALTH PLAN, *et al.*, <br> Defendants. | ) <br> ) <br> ) <br> ) <br> )   Civil Action No. 2:20CV192 (RCY) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

This matter is before the Court on the parties' Notice of Filing of Joint Proposed Form of Notice to Potential Members (ECF No. 40). On March 29, the Court ordered the parties to prepare a joint proposed form of notice to potential class members for Court approval. (ECF No. 34.) Having considered the proposed Notice of Lawsuit filed by the parties (ECF No. 40-1), the Court hereby APPROVES the Notice of Lawsuit. Notice to potential class members shall proceed according to the terms of the Court's March 29 Order (ECF No. 34).

Let the Clerk file this Order electronically and notify all counsel accordingly

It is so ORDERED.

/s/ *[signature]*
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: April 16, 2021