IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| NIKIA EDWARDS, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>        v.<br><br>OPTIMA HEALTH PLAN, and SENTARA HEALTH PLANS, INC.,<br><br>    Defendants. | Civil Action No. 2:20-cv-192 |

**UNOPPOSED MOTION FOR APPROVAL OF SETTLEMENT UNDER THE FAIR LABOR STANDARDS ACT, FOR APPOINTMENT OF SETTLEMENT ADMINISTRATOR, FOR APPROVAL OF SERVICE AWARDS, AND FOR APPROVAL OF ATTORNEYS' FEES AND COSTS**

Plaintiff Nikia Edwards and the opt-in plaintiffs (collectively, "Plaintiffs") respectfully request that the Court enter an Order, in the form attached hereto, approving the Parties' Joint Stipulation of Settlement ("Settlement Agreement" or "Agreement") as a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act. Defendants do not oppose this Motion and consent to entry of the Order.

As demonstrated in the accompanying Supporting Memorandum of Law, the Parties' settlement constitutes the resolution of a *bona fide* dispute between the Parties and is the result of arm's-length negotiations, conducted by experienced counsel for all Parties, after litigating this case for a nearly one-and-a-half years and attending mediation with an experienced mediator. The terms of the settlement are reasonable, appropriate, and fair to all Parties.

As a result, Plaintiffs respectfully request that the Court approve the Settlement and permit the Parties to effectuate its terms using the forms and procedures set forth in their Agreement. Plaintiffs also ask, consistent with the Agreement, that the Court appoint Analytics Consulting

LLC as the third-party Administrator and approve the following payments: (i) Service Award to Named Plaintiff Edwards in the amount of $7,500; (ii) Service Awards to opt-in plaintiffs Natalie Harris, Andrea Andaluz, and Edna Preau-Grier in the amount of $1,000 each, (iii) Attorneys' Fees equal to $33^{1/3}$% of the Settlement; (iv) Plaintiffs' Litigation Expenses in an amount of $3,431.63; and (v) settlement administration fees to the Administrator in an amount of $3,288.

For these reasons and those stated in the accompanying Memorandum, the Plaintiffs request that the Court approve the Parties' Settlement Agreement. A proposed order is attached. Pursuant to such Order, this matter would be dismissed with prejudice effective 30 days after the close of the check cashing period.

Dated: October 5, 2021                                         Respectfully submitted,


                                                /s/ Zev H. Antell
                                                One of the Attorneys for Plaintiffs

Harris D. Butler, III (VSB No. 26483)
Zev H. Antell (VSB No. 74634)
Paul M. Falabella (VSB No. 81199)
BUTLER CURWOOD, PLC
140 Virginia Street, Suite 302
Richmond, Virginia 23219
Tel: (804) 648-4848
harris@butlercurwood.com
zev@butlercurwood.com
paul@butlercurwood.com

Jack Siegel
SIEGEL LAW GROUP PLLC
5706 E. Mockingbird Lane | Suite 115
Dallas, Texas 75206
Tel: (214) 790-4454
jack@siegellawgroup.biz

Travis Hedgpeth
THE HEDGPETH LAW FIRM, PC
3050 Post Oak Blvd., Suite 510
Houston, Texas 77056

Tel: (281) 572-0727
travis@hedgpethlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 5th day of October, 2021, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

          David A. Kushner   (VSB No. 71173)
          William M. Furr   (VSB No. 29554)
          James B. Wood   (VSB No. 86401)
          Cameron A. Bonney   (VSB No. 90574)
          WILLCOX & SAVAGE, P.C.
          440 Monticello Avenue, Suite 2200
          Norfolk, VA 23510
          Tel: 757-628-5500
          Fax: 757-628-5566
          Email:  dkushner@wilsav.com
                   wfurr@wilsav.com
                   jbwood@wilsav.com
                   cbonney@wilsav.com

      *Attorneys for Defendants*

          */s/  Zev H. Antell*
          Zev H. Antell (VSB No. 74634)
          BUTLER CURWOOD, PLC
          140 Virginia Street, Suite 302
          Richmond, Virginia 23219
          Tel: 804-648-4848
          Fax:  804-237-0413
          Email:  zev@butlercurwood.com